NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ECOBEE TECHNOLOGIES ULC d/b/a ecobee,**
*Intervenor*

---

2023-1769

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1277.

---

**ON MOTION**

---

**O R D E R**

ecobee Technologies ULC d/b/a ecobee moves unopposed to intervene in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. Appellee's and ecobee's briefs are due no later than 40 days from the date of filing of appellant's opening brief.

FOR THE COURT

May 11, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court