NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ECOBEE TECHNOLOGIES ULC dba ecobee, ITRON, INC., RESIDEO SMART HOMES TECHNOLOGY (TIANJIN), ADEMCO INC. ALARM.COM HOLDINGS, INC., ALARM.COM INCORPORATED, ENERGYHUB, INC.,**
*Intervenors*

---

2023-1769

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1277.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge*.

**O R D E R**

Itron, Inc.; Resideo Smart Homes Technology (Tianjin); Ademco Inc.; Alarm.com Holdings, Inc.; Alarm.com Incorporated; and EnergyHub, Inc. move unopposed to intervene in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. Appellee's and intervenors' briefs are due no later than 40 days from the date of filing of appellant's opening brief.

FOR THE COURT

June 2, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court