No. 23-1769

# United States Court of Appeals for the Federal Circuit

---

Causam Enterprises, Inc.,

*Appellant*,

v.

International Trade Commission,

*Appellee*,

ecobee Technologies ULC, dba ecobee, Itron, Inc., Resideo Smart Homes Technology (Tianjin), Ademco, Inc., Alarm.com Holdings, Inc., Alarm.com Incorporated, EnergyHub, Inc.,

*Intervenors*.

---

*On Petition for Review of the Determination of the U.S. International Trade Commission in Investigation, No. 337-TA-1277*

---

### CAUSAM ENTERPRISES, INC.'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

---

Christopher C. Campbell
KING AND SPALDING LLP
1650 Tysons Boulevard
Suite 400
McLean, VA 22102

Britton F. Davis
KING AND SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202

Jeffrey M. Telep
Joshua N. Mitchell
Jonathan Weinberg
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
jmitchell@kslaw.com

*Counsel for Appellant Causam Enterprises, Inc.*

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel for Petitioner certifies the following:

1. The full name of the party represented by me: Causam Enterprises, Inc.

2. The names of the real parties in interest represented by me: N/A.

3. Parent corporations and publicly held companies that own 10% or more of stock in the party: Causam Holdings, LLC.

4. The names of all firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are:

    - Joseph D. Eng, Jr. – King & Spalding LLP
    - Brian Eutermoser – King & Spalding LLP
    - Brian D. Hill – King & Spalding LLP
    - Dara Kurlancheek – King & Spalding LLP
    - Abby L. Parsons – King & Spalding LLP
    - John D. Reohrick – King & Spalding LLP
    - Rahul Sarkar – King & Spalding LLP
    - Peter Sauer – King & Spalding LLP
    - Noah Stid – King & Spalding LLP
    - Katherine Vessels – King & Spalding LLP
    - Matthew Wood – King & Spalding LLP

5. The title and number of any case known to counsel to be pending in this or any other court or agency that

will directly affect or be directly affected by this court's decision in the pending appeal: Yes:

- *Causam Enterprises, Inc. v. Alarm.com, Inc.*, No. 6:21-cv-00751 (W.D. Tex.)
- *Causam Enterprises, Inc. v. ecobee, Inc.*, No. 6:21-cv-00748 (W.D. Tex.)
- *Causam Enterprises, Inc. v. Itron, Inc.*, No. 6:21-cv-00750 (W.D. Tex.)
- *Causam Enterprise, Inc. v. Resideo Technologies, Inc.*, No. 6:21-cv-00749 (W.D. Tex.)
- *Causam Enterprises, Inc. v. Xylem, Inc.*, No. 6:21-cv-00752 (W.D. Tex.)

6.  The organizational victims and bankruptcy cases applicable to this appeal: N/A.

Date: June 14, 2023

*/s/ Joshua N. Mitchell*
Joshua N. Mitchell

*Counsel for Appellant Causam Enterprises, Inc.*

In accordance with Federal Rule of Appellate Procedure 26(b) and this Court's Rule 26(b), Petitioner Causam Enterprises, Inc. ("Causam") respectfully moves for a 30-day extension to file its opening brief. In support of this motion, undersigned counsel attests that:

1. Petitioner's brief is currently due on July 31, 2023. With a 30-day extension, Causam's brief would be due by August 30, 2023.

2. This motion is timely filed pursuant to Fed. Cir. R. 26(b)(1) because it is filed at least seven calendar days before the original due date of July 31, 2023.

3. This is Causam's first request for an extension of time with respect to this brief.

4. Respondent International Trade Commission and intervenors have stated that they do not oppose this extension.

5. Good cause exists for this extension. As attested in the attached declaration, the press of other work before other tribunals will complicate preparing the brief in time for the current deadline.

Accordingly, Causam respectfully requests that this Court grant the extension.

Date: June 14, 2023

                        Respectfully submitted,

                        */s/ Joshua N. Mitchell*

| Christopher C. Campbell | Jeffrey M. Telep |
|---|---|
| KING AND SPALDING LLP | Joshua N. Mitchell |
| 1650 Tysons Boulevard | Jonathan Weinberg |
| Suite 400 | KING & SPALDING LLP |
| McLean, VA 22102 | 1700 Pennsylvania Avenue NW |
| (703) 245-1000 | Washington, DC 20006 |
| | (202) 737-0500 |
| Britton F. Davis | jmitchell@kslaw.com |
| KING AND SPALDING LLP | |
| 1401 Lawrence Street | |
| Suite 1900 | |
| Denver, CO 80202 | |
| (720) 535-2300 | |

*Counsel for Appellant Causam Enterprises, Inc.*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this motion for extension of time is submitted in accordance with the type-volume limitations of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. This motion contains 166 words.

Date: June 14, 2023

*/s/ Joshua N. Mitchell*
*Joshua N. Mitchell*

*Counsel for Appellant*
*Causam Enterprises, Inc.*

# DECLARATION OF JOSHUA N. MITCHELL
# IN SUPPORT OF MOTION FOR EXTENSION OF TIME
# TO FILE RESPONSE BRIEF

I, Joshua N. Mitchell, declare:

1. I am a counsel in the law firm King & Spalding LLP and an attorney for Petitioner Causam Enterprises, Inc. I have personal knowledge of the facts set forth herein.

2. Petitioner's brief is currently due on July 31, 2023. With a 30-day extension, Causam's brief would be due by August 30, 2023.

3. This motion is timely filed pursuant to Fed. Cir. R. 26(b)(1) because it is filed at least seven calendar days before the original due date of July 31, 2023.

4. This is Causam's first request for an extension of time with respect to this brief.

5. On June 13, 2023, counsel for Respondent International Trade Commission stated in an email that ITC does not oppose this extension. On June 14, 2023, counsel for Intervenors Itron, Resideo (including Ademco), Alarm.com, EnergyHub, and ecobee stated in emails that those intervenors do not oppose this extension.

6. Good cause exists for this extension, including the press of other work. Counsel responsible for drafting this brief have numerous intervening deadlines during the month of July arising from a number of interrelated inter partes review and post-grant review proceedings before the Patent Trial and Appeal Board.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Joshua N. Mitchell*