No. 23-1769

# United States Court of Appeals
*for the*
# Federal Circuit

CAUSAM ENTERPRISES, INC.,
*Appellant*

*v.*

INTERNATIONAL TRADE COMMISSION,
*Appellee*

ITRON, INC., RESIDEO SMART HOMES TECHNOLOGY (TIANJIN), ADEMCO, INC.,
ECOBEE TECHNOLOGIES ULC, DBA ECOBEE, ALARM.COM HOLDINGS, INC.,
ALARM.COM INCORPORATED, ENERGYHUB, INC.,
*Intervenors*

———————————

*Appeal from the United States International Trade
Commission in Investigation No. 337-TA-1277*

## APPELLEE'S AND INTERVENORS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEFS

Panyin Hughes
    Attorney Advisor
Wayne W. Herrington
    Attorney Advisor
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
202-205-3042
*Counsel for Appellee International Trade Commission*

Kirk T. Bradley
S. Benjamin Pleune
M. Scott Stevens
Lauren N. Griffin
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
704-444-1000

*Counsel for Itron, Inc., Resideo Smart Homes Technology (Tianjin), and Ademco, Inc.*

Timothy J. Carroll
VENABLE LLP
227 W. Monroe Street
Chicago, IL 60606
312-820-3400

Megan S. Woodworth
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 2001
202-334-4000

Manny Caixerio
Laura A. Wytsma
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310-229-9900

*Counsel for ecobee Technologies ULC, dba ecobee*

Keith Hummel
Sharonmoyee Goswami
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019
212-474-1000

*Counsel for Alarm.com Holdings, Inc., Alarm.com Incorporated, and EnergyHub, Inc.*

November 27, 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2023-1769 |
| **Short Case Caption** | Causam Enterprises, Inc. v. ITC |
| **Filing Party/Entity** | Itron, Inc. |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/18/2023

Signature: /s/ Kirk T. Bradley

Name: Kirk T. Bradley

FORM 9. Certificate of Interest

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Itron, Inc. | | BlackRock Fund Advisors |
| | | The Vanguard Group, Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| Matthew M. Turk | Bradley W. Micsky | |
| Christopher TL Douglas | Dennis C. Bremer | |
| Monique Mead | Carlson Caspers Vandenburgh & Lindquist, PA | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1769

**Short Case Caption** Causam Enterprises, Inc. v. ITC

**Filing Party/Entity** Resideo Smart Homes Technology (Tianjin), Ademco Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/18/2023

Signature: /s/ Kirk T. Bradley

Name: Kirk T. Bradley

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Resideo Smart Homes Technology (Tianjin) |  | Blackrock Fund Advisors |
| Ademco Inc. |  | Vanguard Group, Inc. |
|  |  | Resideo Technologies, Inc. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Matthew M. Turk | Dennis C. Bremer | |
| John W. McGrath | Carlson Caspers Vandenburgh & Lindquist, PA | |
| Bradley C. Micsky | Monique Mead | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)    ☐  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 2023-1769

**Short Case Caption** Causam Enterprises, Inc. v. ITC

**Filing Party/Entity** Alarm.com Holdings, Inc., Alarm.com Incorporated, EnergyHub, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/18/2023

Signature: /s/Sharonmoyee Goswami

Name: Sharonmoyee Goswami

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Alarm.com Holdings, Inc. | | Alarm.com Holdings, Inc. |
| Alarm.com Incorporated | | |
| EnergyHub, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable            ☑    Additional pages attached

| See attached list of counsel | | |
|---|---|---|
| | | |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)    ☐  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| | | |

Attachment to Form 9, 4.  Legal Representatives

## LIST OF COUNSEL

**Cravath, Swaine & Moore LLP**

Keith R. Hummel
Richard J. Stark
Sharonmoyee Goswami
Marc J. Khadpe
Matthew J. Boggess
Allison N. Kempf
Kalana Kariyawasm
Retley G. Locke, Jr.

**Polsinelli Law Firm**

Deanna Tanner Okun
Daniel Smith

**Adduci, Mastriani & Schaumberg, LLP**

Michael R. Doman, Jr.
John W. McGrath

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2023-1769 |
| **Short Case Caption** | Causam Enterprises, Inc. v. ITC |
| **Filing Party/Entity** | ecobee Technologies ULC d/b/a ecobee |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 05/04/2023

Signature: /s/ Timothy J. Carroll

Name: Timothy J. Carroll

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| ecobee Technologies ULC d/b/a ecobee | | Generac Holdings Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable            ☑    Additional pages attached

| See attached list of counsel | | |
|---|---|---|
| | | |
| | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑   Yes (file separate notice; see below)    ☐   No    ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable            ☐    Additional pages attached

| | | |
|---|---|---|
| | | |

Attachment to Form 9, 4.  Legal Representatives

## LIST OF COUNSEL

**Venable LLP**

Megan S. Woodworth
Steven M. Lubezny
Elizabeth M. Manno
Daniel A. Apgar
Leslie A. Lee
Vivian Sandoval
Catherine N. Taylor
Matthew R. Alsip
Abby M. Neu
Ashley N. Barnett
Jared A. Boone
Justin J. Oliver
Nicole E. Feldman

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee International Trade Commission ("the Commission") and Intervenors Itron, Inc., Resideo Smart Homes Technology (Tianjin), Ademco, Inc., ecobee Technologies ULC, dba ecobee, Alarm.com Holdings, Inc., Alarm.com Incorporated, and EnergyHub, Inc. (collectively, "Intervenors") jointly move for an order extending the time to file their response briefs in this appeal by 46 days. The Commission's and Intervenors' response briefs are currently due on December 11, 2023. A 46-day extension would make the briefs due on January 26, 2024. As set forth below, good cause exists for the requested extension. The Commission and Intervenors have not sought—and the Court has not granted—any previous extension of time for the Commission or Intervenors in this appeal.

The requested extension of time is necessary due to the limited availability of attorneys representing Intervenors. Specifically, attorneys representing Intervenors have other work before this Court and other tribunals that will complicate their ability to complete the briefing in this case by the original deadline. This request for an extension of time is made in good faith and not for the purpose of delay or procedural advantage. The Commission joins Intervenors' motion, and requests the same extension of time for filing its brief, to ensure that all response briefs are filed on the same day.

Additionally, Appellant Causam Enterprises, Inc. ("Causam") already requested, and this Court granted, a 30-day extension (*see* Dkt. Nos. 29, 30), a second 30-day extension (*see* Dkt. Nos. 33, 34), and a third 30-day extension (*see* Dkt. Nos. 35, 37), thus affording Causam 90 days of extension for its opening brief. The extension requested herein would afford the Commission and Intervenors a shorter extension of time than that afforded to Causam.

Counsel for Causam has no objections to the requested extension and has indicated that Causam does not intend to file a response.

For the foregoing reasons, and for the additional reasons set forth in the accompanying declaration, the Commission and Intervenors respectfully request that this Court grant an extension of 46 days, until January 26, 2024, to file their response briefs.

Dated: November 27, 2023                    Respectfully submitted,

By: *Panyin Hughes*[1]
Panyin Hughes
    Attorney Advisor
Wayne W. Herrington
    Attorney Advisor
Office of the General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436
202-205-3042

---

[1] The Commission consents to Intervenors' filing of this motion on its behalf.

*Counsel for Appellee Internal Trade Commission*

By: *Kirk T. Bradley*
Kirk T. Bradley
S. Benjamin Pleune
M. Scott Stevens
Lauren N. Griffin
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
704-444-1000

*Counsel for Itron, Inc., Resideo Smart Homes Technology (Tianjin), and Ademco, Inc.*

By: *Manny Caixerio*
Timothy J. Carroll
VENABLE LLP
227 W. Monroe Street
Chicago, IL 60606
312-820-3400

Manny Caixerio
Laura A. Wytsma
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310-229-9900

Megan S. Woodworth
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 2001
202-334-4000

*Counsel for ecobee Technologies ULC, dba ecobee*

3

By: *Keith Hummel*
Keith Hummel
Sharonmoyee Goswami
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019
212-474-1000

*Counsel for Alarm.com Holdings, Inc.,*
*Alarm.com Incorporated, and*
*EnergyHub, Inc.*

No. 23-1769

# United States Court of Appeals
*for the*
# Federal Circuit

CAUSAM ENTERPRISES, INC.,
*Appellant*

*v.*

INTERNATIONAL TRADE COMMISSION,
*Appellee*

ITRON, INC., RESIDEO SMART HOMES TECHNOLOGY (TIANJIN), ADEMCO, INC.,
ECOBEE TECHNOLOGIES ULC, DBA ECOBEE, ALARM.COM HOLDINGS, INC.,
ALARM.COM INCORPORATED, ENERGYHUB, INC.
*Intervenors*

———————————————

*Appeal from the United States International Trade
Commission in Investigation No. 337-TA-1277*

## DECLARATION OF KIRK T. BRADLEY IN SUPPORT OF UNOPPOSED JOINT MOTION TO EXTEND THE TIME FOR APPELLEE AND INTERVENORS TO FILE THEIR RESPONSE BRIEF

I, Kirk T. Bradley, under penalty of perjury and pursuant to 28 U.S.C. § 1746,

declare as follows:

1.  I am a partner in the law firm of Alston & Bird LLP, and a member of the

    Bar of this Court. I am counsel for Intervenors Itron, Inc., Resideo Smart

    Homes Technology (Tianjun), and Ademco, Inc. in the referenced appeal.

1

I submit this declaration based on personal knowledge. If called upon as a witness, I could testify as to the truth of each statement.

2. This is the International Trade Commission's and Intervenors' first request for an extension of time in this appeal.

3. There is good cause for the requested extension, which is less than the total length of the three extensions of time requested by Appellant Causam Enterprises, Inc. ("Causam"). I and other counsel of record for the Intervenors have intervening obligations in unrelated matters pending before this Court and other tribunals that will complicate our ability to complete the briefing in this case by the original deadline. Accordingly, the requested 46-day extension of time to file the Commission's and Intervenors' response brief from December 11, 2023, to January 26, 2024, is appropriate.

4. This request is made in good faith and not for the purpose of delay or procedural advantage.

5. The Commission and counsel for Intervenors communicated with counsel for Appellant Causam regarding the requested extension of time. Counsel for Causam indicated that Causam does not oppose the Commission's and the Intervenors' joint request and will not file a response.

Date: November 27, 2024                Respectfully submitted,

                                       By: *Kirk T.Bradley*
                                       Kirk T. Bradley
                                       ALSTON & BIRD LLP

**FORM 19. Certificate of Compliance with Type-Volume Limitations**

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 23-1769

**Short Case Caption:** Causam Enterprises, Inc. v ITC

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes _352_ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 11/27/2023

Signature: /s/ Kirk T. Bradley

Name: Kirk T. Bradley