NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ECOBEE TECHNOLOGIES ULC, dba ecobee, ITRON, INC., RESIDEO SMART HOMES TECHNOLOGY (TIANJIN), ADEMCO, INC., ALARM.COM HOLDINGS, INC., ALARM.COM INCORPORATED, ENERGYHUB, INC.,**
*Intervenors*

---

2023-1769

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1277.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellee and intervenors' unopposed joint motion to further extend by 26 days, until February 21, 2024, the time to file their response briefs,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

January 17, 2024
Date

Jarrett B. Perlow
Clerk of Court