NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ECOBEE TECHNOLOGIES ULC, dba ecobee, ITRON, INC., RESIDEO SMART HOMES TECHNOLOGY (TIANJIN), ADEMCO, INC., ALARM.COM HOLDINGS, INC., ALARM.COM INCORPORATED, ENERGYHUB, INC.,**
*Intervenors*

---

2023-1769

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1277.

---

Before DYK, *Circuit Judge*.

**O R D E R**

At the behest of the parties, the court stayed briefing pending the Director of the United States Patent and Trademark Office's resolution of a petition for review of a Patent Trial and Appeal Board decision. The parties now

request that this appeal remain stayed until any appeal from the Board's decision is docketed.

Upon consideration thereof,

IT IS ORDERED THAT:

The briefing schedule remains stayed. No later than June 20, 2024, or within seven days from the date of filing of any appeal from the Board's decision in IPR2022-01339, whichever is earlier, the parties are directed to inform the court how they believe this appeal should proceed.

FOR THE COURT

May 15, 2024
Date

Jarrett B. Perlow
Clerk of Court