NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ECOBEE TECHNOLOGIES ULC, dba ecobee, ITRON, INC., RESIDEO SMART HOMES TECHNOLOGY (TIANJIN), ADEMCO, INC., ALARM.COM HOLDINGS, INC., ALARM.COM INCORPORATED, ENERGYHUB, INC.,**
*Intervenors*

---

2023-1769

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1277.

------------------------------------------------

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

---

2023-2410

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00404.

-----------------------------------------------

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**ECOBEE TECHNOLOGIES ULC,**
*Appellee*

---

2024-1958

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01339.

---

Before TARANTO, *Circuit Judge*.

**O R D E R**

In response to the court's May 15, 2024 order, Causam Enterprises, Inc., on behalf of all parties, requests (1) that Appeal Nos. 2023-1769 and 2024-1958 be designated companion cases "given the overlapping patent at issue," ECF No. 65 at 1; (2) that the stay in Appeal No. 2023-1769 be lifted; and (3) that Causam's reply brief in No. 2023-1769 be due within 21 days of the date of entry of this order.

The court notes that Appeal Nos. 2023-1769 and 2023-2410 were previously designated as companion cases given an overlapping patent at issue in those appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal Nos. 2023-1769, 2023-2410, and 2024-1958 shall be considered companion cases and assigned to the same merits panel.

(2) The stay in Appeal No. 2023-1769 is lifted. Causam Enterprises's reply brief in that case is due within 21 days of the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 19, 2024
Date