# United States Court of Appeals for the Federal Circuit

---

**CAUSAM ENTERPRISES, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ECOBEE TECHNOLOGIES ULC, dba ecobee, ITRON, INC., RESIDEO SMART HOMES TECHNOLOGY (TIANJIN), ADEMCO, INC., ALARM.COM HOLDINGS, INC., ALARM.COM INCORPORATED, ENERGYHUB, INC.,**
*Intervenors*

---

2023-1769

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1277.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 15, 2025
Date